William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
Christopher J. Pulido (SBN 313142)
Email: cpulido@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

*Attorneys for Plaintiff*
*BioMarin Pharmaceutical Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOMARIN PHARMACEUTICAL INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> GERARDO CARABALLO, an individual, <br><br> Defendant. | Case No. 3:21-cv-08922-RS <br><br> **STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION, AND VOLUNTARY DISMISSAL OF ACTION** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Plaintiff BioMarin Pharmaceutical Inc. and Defendant Gerardo Caraballo having met, conferred, and agreed to resolve their dispute upon execution of a Settlement Agreement and Release of Claims, hereby stipulate to entry of the executed Consent Judgment and Permanent Injunction submitted herewith, subject to the Court's approval.

DATED:  December 16, 2021          REED SMITH LLP


By:  /s/ Jonah D. Mitchell
     Jonah D. Mitchell

*Attorneys for Plaintiff
BioMarin Pharmaceutical Inc.*

DATED:  December 16, 2021          LAW OFFICES OF JOSEPH SALAMA


By:  /s/ Joseph Salama
     Joseph Salama

*Attorney for Defendant
Gerardo Caraballo*

### ATTESTATION PURSUANT TO LOCAL RULE 5-1

Pursuant to Local Rule 5-1 regarding signatures, I, Jonah D. Mitchell, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of December, 2021 at San Francisco, California.

By:  /s/ *Jonah D. Mitchell*
     Jonah D. Mitchell

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

This matter is before the Court on the stipulation between Plaintiff BioMarin Pharmaceutical Inc. ("BioMarin") and Defendant Gerardo Caraballo ("Caraballo").

**WHEREAS**, in this Action, BioMarin has filed a compliant which alleges that Caraballo misappropriated BioMarin's confidential, proprietary, and/or trade secret information;

**WHEREAS**, Caraballo denies any and all of the allegations therein;

**WHEREAS**, BioMarin and Caraballo have each agreed, without admission of any contentions of the other party or acceptance of liability, to settle the Action as set forth in a Settlement Agreement and Release of Claims ("Settlement Agreement");

**WHEREAS**, settlement of this Action allows BioMarin and Caraballo to avoid the substantial uncertainty and risks involved with prolonged litigation;

**WHEREAS**, settlement of this Action permits BioMarin and Caraballo to save litigation costs, as well as adhere to the judicially recognized mandate that encourages the settlement of litigation whenever possible;

**WHEREAS**, settlement of this Action serves the public interests by saving judicial resources;

**WHEREAS**, this [Proposed] Consent Judgment and Permanent Injunction is part of the settlement of the Action and has been narrowly tailored to remedy the trade secret violations alleged in the Complaint, and is a reasonable measure to protect BioMarin's trade secret information;

**WHEREAS**, the Stipulated Consent Judgment and Permanent Injunction will provide important benefits to BioMarin beyond the contractual agreement, including because it would allow BioMarin to seek immediate relief from the Court for a violation of the injunction rather than being forced to initiate a new lawsuit for breach of contract, and because a permanent injunction and consent judgment serves both BioMarin's and the public's interests in deterring future wrongdoing;

**WHEREAS**, the Parties have cooperatively taken every effort to locate and destroy any and all BioMarin documents in Caraballo's possession, custody, or control; therefor

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED, DECREED, and ADJUDGED as follows:**

1. Caraballo is permanently enjoined as of the date hereof from using and/or disclosing to any third party any confidential BioMarin information as defined under Civ. Code § 3426.1(d) or 18 U.S.C. §1839(3), including any and all derivations therefrom. Accordingly, to be clear, if BioMarin voluntarily publicizes its confidential information, if this information is in the public domain, or if the information is lawfully obtained, it shall no longer be considered BioMarin confidential information.

2. Nothing herein is intended to interfere with Caraballo's ability to diligently and fully perform his duties in the same field for any future employer, drawing upon his generalized knowledge and skills accumulated throughout his career.

3. This Action is dismissed with prejudice. Provided, however, this Court shall retain jurisdiction over BioMarin and Caraballo for the purpose of enforcing the terms of this Consent Judgment and Permanent Injunction and over any disputes regarding the interpretation or enforcement of the Settlement Agreement.

**IT IS SO ORDERED, DECREED and ADJUDGED** this 20th day of December, 2021 by:

December 20, 2021

_____
The Honorable Judge Seeborg
United States District Judge

**AGREED TO:**

REED SMITH LLP                                   LAW OFFICES OF JOSEPH SALAMA

*/s/ Jonah D. Mitchll*                           */s/ Joseph Salama*
Jonah D. Mitchell                                Joseph Salama

*Attorneys for Plaintiff*                        *Attorney for Defendant*
*BioMarin Pharmaceutical Inc.*                   *Gerardo Caraballo*

Case No. 3:21-cv-08922-RS        – 4 –
STIPULATION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT AND PERMANENT
INJUNCTION, AND VOLUNTARY DISMISSAL OF ACTION